**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Carl J. Hach,

        Petitioner,                      Civil No. 06-3281 (RHK/SRN)

vs.                                     **ORDER**

Warden R. L. Morrison,

        Respondent.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 2, 2006

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge